1  OSWALD B. COUSINS, Bar No. 172239
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA 94108.2693
   Telephone: 415.433.1940
4  Facsimile: 415.399.8490
   ocousins@littler.com
5
   Attorneys for Defendant
6  SEARS HOLDINGS CORPORATION

7

8  RODERICK P. BUSHNELL, Bar No. 46583
   BUSHNELL, CAPLAN & FIELDING, LLP
9  900 Kearny Street, Suite 299
   San Francisco, CA 94133
   Telephone: 415.217.3800
10 Facsimile 415.217.3820
   rbushnell@sprynet.com
11
   LESLIE C. LEONE, Bar No. 201258
12 THE LAW OFFICE OF LESLIE LEONE
   20 Sunnyside Avenue, Suite A, #188
13 Mill Valley, CA 94941-1928
   Cell/Office: 415.299.0066
14 Facsimile: 866.941.7811
   leslieleone@me.com
15
   Attorneys for Plaintiff
16 JOHNNY HENDERSON

17

18                     UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20

21 JOHNNY HENDERSON,                    Case No. C 11 03191 MEJ

22              Plaintiff,              **STIPULATION TO EXTEND EARLY
                                        NEUTRAL EVALUATION DEADLINE
23       v.                             AND [PROPOSED] ORDER**

24 SEARS HOLDINGS CORPORATION an
   Illinois corporation; and DOES 1 through
25 20 inclusive,

26              Defendant.

27

28

STIP & [PROP] ORDER CONTINUING ENE
(NO. C 11 03191 MEJ)

Pursuant to Northern District A.D.R. Local Rule 5-5, Plaintiff Johnny Henderson ("Plaintiff") and Defendant Sears Holdings Corporation ("Defendant") (collectively the "Parties") hereby stipulate to request an extended deadline to complete Early Neutral Evaluation ("ENE") in this case. This stipulation is based on the following:

a. The Court ordered the Parties to complete the ENE by December 28, 2011 (the "ENE Deadline").

b. In their November 18, 2011 initial conference call with the Steven J. Saltiel, the appointed Evaluator, the Parties and the Evaluator agreed, that it may be reasonable and necessary to extend the ENE deadline. Among other reasons, the Parties believe that the ENE will be more effective after Plaintiff's deposition, which is scheduled for December 15, 2011. There were no dates between December 15, 2011 and December 28, 2011 when all of the parties, their counsel, and the Evaluator were available to hold an ENE.

c. The Parties, their counsel and the Evaluator are available and have agreed to hold the ENE on January 19th or 20th, 2012.

d. The Parties seek to extend the ENE deadline to February 28, 2012 to allow the Parties sufficient time to conduct a meaningful evaluation on January 19th or 20th and to allow for a potential follow up session, if necessary.

Dated: November 29, 2011

/s/ Roderick P. Bushnell
RODERICK P. BUSHNELL
BUSHNELL, CAPLAN & FIELDING, LLP
Attorneys for Plaintiff
JOHNNY HENDERSON

Dated: November 29, 2011

/s/ Oswald B. Cousins
OSWALD B. COUSINS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
SEARS HOLDING CORPORATION

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP & [PROP] ORDER CONTINUING ENE
(NO. C 11 03191 MEJ)

1.

**[PROPOSED] ORDER**

The Stipulation of the Parties is hereby adopted by the Court as setting the Parties' Early Neutral Evaluation deadline as February 28, 2012.

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED.**

DATED: November 29, 2011

_____
Hon. Maria-Elena James
United States District Magistrate Judge

Firmwide:105347689.1 016144.1315

[PROP] ORDER CONTINUING ENE
(NO. C 11 03191 MEJ)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940