1     PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure,

2 Rule 41(a)(2), and the Stipulation for Dismissal with Prejudice in the above-entitled matter,

3     IT IS HEREBY ORDERED that the above-entitled matter is dismissed in its entirety,

4 with prejudice.

5

6 DATED: June 7, 2012                                   
JUDGE MARIA-ELENA JAMES
United States District Court
Northern District of California

Proposed Order of Dismissal with Prejudice_Henderson

| | |
|---|---|
| 1 | RODERICK P. BUSHNELL (46583)<br>BUSHNELL, CAPLAN & FIELDING, LLP |
| 2 | 900 Kearny Street, Suite 299<br>San Francisco, California 94133 |
| 3 | Telephone: (415) 217-3800<br>Facsimile: (415) 217-3820 |
| 4 | rbushnell@sprynet.com |
| 5 | LESLIE C. LEONE (201258)<br>THE LAW OFFICE OF LESLIE LEONE |
| 6 | 20 Sunnyside Avenue, Suite A, #188<br>Mill Valley, California 94941-1928 |
| 7 | Cell/Office: (415) 299-0066<br>Facsimile: (866) 941-7811 |
| 8 | leslieleone@me.com |
| 9 | Attorneys for Plaintiff<br>JOHNNY HENDERSON |
| 10 | |
| 11 | OSWALD B. COUSINS, (172239)<br>LITTLER MENDELSON |
| 12 | A Professional Corporation<br>650 California Street, 20th Floor |
| 13 | San Francisco, California 94108-2693<br>Telephone: (415) 433-1940 |
| 14 | Facsimile: (415) 399-8490<br>ocousins@littler.com |
| 15 | Attorneys for Defendant<br>SEARS HOLDINGS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | JOHNNY HENDERSON, | ) Case No. 3:11-cv-03191-MEJ |
| 19 | Plaintiff, | ) [PROPOSED] ORDER OF DISMISSAL<br>) WITH PREJUDICE |
| 20 | vs. | ) |
| 21 | SEARS HOLDINGS CORPORATION, an | ) |
| 22 | Illinois corporation; and DOES 1 through 20, Inclusive | ) |
| 23 | Defendants. | ) |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | /// | |

Page 1
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE